# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VALERIE BUCKMINSTER, | ) | |
| | ) | 8:07CV133 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PRUDENTIAL FINANCIAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following a telephone planning conference with counsel on October 12, 2007. Counsel state there is a dispute as to the applicability of ERISA which dispute may be resolvable on a motion to compel responses to discovery requests. Accordingly,

**IT IS ORDERED:**

1. The plaintiff shall have to **on or before October 26, 2007**, in which to file her motion and brief with regard to any motion to compel. In such motion, the plaintiff shall set forth her compliance with NECivR 7.1(I), *inter alia*.

2. The defendant shall have to **on or before November 21, 2007**, in which to respond.

3. The plaintiff shall have to **November 29, 2007**, in which to reply.

4. Following the court's determination of any motion to compel, the court will schedule a telephone planning conference to schedule this case to trial.

DATED this 12th day of October, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge