# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VALERIE BUCKMINSTER,** | ) | |
| **Personal Representative of the** | ) | |
| **estate of John F. Cowles,** | ) | |
| | ) | **8:07CV133** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **PRUDENTIAL FINANCIAL INC.,** | ) | |
| **f/k/a Prudential Insurance Company** | ) | |
| **of America,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court after a telephone conference with counsel for the parties on March 11, 2008.  The defendant shall have **until March 21, 2008**, to file a motion for summary judgment.  The remaining case deadlines will be established after resolution of the motion for summary judgment.

**IT IS SO ORDERED.**

Dated this 11th day of March, 2008.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge