IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VALERIE BUCKMINSTER, Personal Representative of the estate of John F. Cowles, | ) ) ) ) | |
| Plaintiff, | ) ) ) | 8:07CV133 |
| v. | ) ) | ORDER |
| PRUDENTIAL FINANCIAL INC., f/k/a Prudential Insurance Company of America, | ) ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion to Stay Discovery (Filing No. 34). The defendant seeks a stay of all discovery including production related to the court's order dated March 3, 2008 (Filing No. 29), pending the court's resolution of the defendant's Motion for Summary Judgment (Filing No. 32). Upon consideration,

**IT IS ORDERED:**

1. The defendant's Motion to Stay Discovery (Filing No. 34) is granted.
2. The defendant shall have until 14 days after a ruling on the motion for summary judgment to provide the responses required in the March 3, 2008 order. Any other discovery, if applicable, may also resume at that time.

Dated this 24th day of March, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge