**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **VALERIE BUCKMINSTER, etc.,** | ) | |
| | ) | **8:07CV133** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **PRUDENTIAL FINANCIAL, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court following a telephone conference with counsel on August 4, 2008. As the defendant has filed a motion for summary judgment on July 30, 2008, further progression of this case will await the ruling on such motion. Counsel for the plaintiff shall arrange and initiate a telephone conference with counsel for the defendant and the undersigned magistrate judge within ten (10) calendar days of the ruling on the pending motion for summary judgment.

    **IT IS SO ORDERED.**

    DATED this 4th day of August, 2008.

                                                      BY THE COURT:

                                                      s/Thomas D. Thalken
                                                     United States Magistrate Judge