# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VALERIE BUCKMINSTER, Personal Representative of the JOHN F. COWLES ESTATE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PRUDENTIAL FINANCIAL, INC., f/k/a PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | CASE NO. 8:07-cv-133<br><br>**DISMISSAL WITH PREJUDICE** |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice [Filing No. 56]. Being fully advised in the premises the Court finds and orders as follows:

This matter is dismissed with prejudice, each party to pay its own costs and attorney fees, the making of a complete record waived.

Dated this 25th day of March, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

Prepared and Submitted by:　　　　　　　　　Approved as to Form and Content by:
Gretchen L. Twohig (#22490)　　　　　　　　Robert J. Meyer (#22281)
BAIRD HOLM LLP　　　　　　　　　　　　　　WEAVER & MERZ
1700 Farnam St.　　　　　　　　　　　　　　1719 Stone St.
1500 Woodmen Tower　　　　　　　　　　　PO Box 569
Omaha, NE 68102　　　　　　　　　　　　　Falls City, NE 68355
Ph: 402-344-0500　　　　　　　　　　　　　Ph: 402-245-3015
Fax: 402-344-0588　　　　　　　　　　　　Fax: 402-245-4192
gtwohig@bairdholm.com　　　　　　　　　　rmeyerlaw@gmail.com

DOCS/906063.1